## <u>CONTINUATION IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT</u>

### <u>INTRODUCTION AND AGENT BACKGROUND</u>

I, Special Agent Daniel E. Gwyn, being first duly sworn, state as follows:

1.      I make this affidavit in support of an application under Federal Rule of Criminal Procedure 3 for a Criminal Complaint and Arrest Warrant to arrest Silvino HILARIO Reyes.

2.       I am a Special Agent (SA) with the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (U.S. ICE), Homeland Security Investigations (HSI), and I am assigned to the Grand Rapids, Michigan office.  I began my career in 1994 as an Immigration Inspector with the U.S. Immigration and Naturalization Service (U.S. INS).  In 1998, I became a Special Agent with U.S. INS. Then in 2003, I became a Special Agent with U.S. ICE.  In 2023, I retired from U.S. ICE but was re-hired in September 2025.  I am responsible for the investigation of both criminal and administrative violations of the customs and immigration laws of the United States, and one of these violations is the reentry of removed aliens.

3.      I present this affidavit to demonstrate that there is sufficient probable cause for a Criminal Complaint and Arrest Warrant.  The affidavit does not set forth all of my knowledge about this matter.  As explained below, I believe that there is probable cause that Silvino HILARIO Reyes, has committed and continues to commit a violation of Title 8, United States Code, Section 1326 (re-entry after deportation).

### <u>FACTS ESTABLISHING PROBABLE CAUSE</u>

4.      Silvino HILARIO Reyes has been removed from the United States to his home country of Mexico on two occasions: May 29, 2018, and May 30, 2019.  Prior to each removal, he was provided notice of the requirement that he obtain consent from the Attorney General or the Secretary of Homeland Security prior to reentering or reapplying for admission to the United States.  A search of his alien administrative file showed no such applications or authorizations.  A search of DHS electronic databases also did not reveal any applications for permission to reenter or to reapply for admission.

5.      On or about March 25, 2018, Silvino HILARIO Reyes was arrested by the Grand Rapids Police Department, in Grand Rapids, Michigan for a misdemeanor traffic offense.  Silvino HILARIO Reyes was booked into the Kent County Jail in Grand Rapids, Michigan under inmate ID number 00345771, and was fingerprinted.  This was HILARIO-Reyes's first arrest, and he was assigned FBI number 4PDNK7LNC which linked to his fingerprints.  HILARIO Reyes was released by the Kent County Jail before ICE/Enforcement and Removal Operations (ERO) Grand Rapids was notified.

6.      On or about April 24, 2018, ICE/ERO Grand Rapids arrested HILARIO Reyes and processed and served him with a Form I-862, Notice to Appear, to appear before an Immigration Judge.  HILARIO Reyes was then lodged in the Calhoun County Jail in Battle Creek, Michigan for removal proceedings.  At the time of his arrest, HILARIO Reyes reported that he was unmarried but had a United States citizen girlfriend who was approximately six months pregnant at the time. The identity of the alleged girlfriend was not ascertained at the time of the arrest.  On or about May 22,

2018, an Immigration Judge in Detroit, Michigan ordered HILARIO Reyes removed from the United States to Mexico.  HILARIO Reyes was subsequently warned of the criminal penalties for returning to the United States without authorization and was thereafter removed to Mexico on May 29, 2018.

7.      On or about May 23, 2019, the United States Border Patrol (USBP) in Sanderson, Texas arrested HILARIO Reyes and processed him with an I-871, Notice of Intent/Decision to Reinstate a Prior Order of Removal.  As part of the process, HILARIO-Reyes's fingerprints were taken and matched FBI number 4PDNK7LNC.  On or about May 28, 2019, the United States District Court in the Western District of Texas, Pecos Division, convicted HILARIO Reyes of Illegal Entry in violation of 8 U.S.C. § 1325(a)(1) and sentenced him to time served.  HILARIO Reyes was warned again of the criminal penalties for returning to the United States without authorization.  He was thereafter removed to Mexico on May 30, 2019.

8.      On or about February 27, 2023, HILARIO Reyes was booked into the Kent County Jail in Grand Rapids, Michigan again under inmate ID number 00345771. ICE/ERO Grand Rapids issued an I-247A, Immigration Detainer–Notice of Action to the Kent County Jail for HILARIO Reyes, but HILARIO Reyes was released from the Kent County Jail without notification to ICE/ERO Grand Rapids.  ICE/ERO Grand Rapids conducted subsequent record checks of HILARIO Reyes in Department of Homeland Security electronic databases and determined that HILARIO Reyes never applied for or received permission from the U.S. Attorney General, or the Secretary for the Department of Homeland Security to lawfully reapply for admission or reenter the

United States.

9.    It is believed that a United States citizen female named Krystalyn Lei Wood was HILARIO Reyes's United States citizen girlfriend in April 2018, who he reported to be approximately six months pregnant.  Ms. Wood was listed on a Michigan birth certificate as the mother of a child named GMW who was born in July 2018, approximately the time that HILARIO Reyes stated that his pregnant girlfriend would have been due to give birth.  No father was listed on the birth certificate.

10.    Krystalyn Lei Wood was issued a Michigan driver license bearing identifying number W300478501643, on November 2, 2023.  The address listed for Ms. Wood on the drivers' license was 1693 N Briggs Rd., Middleville, MI 49333.

11.    Krystalyn Lei Wood has been receiving funds through Michigan's Food Assistance Program (FAP).  On a MI Bridges Assistance Application for FAP dated on or about December 8, 2024, Ms. Wood listed 1693 N Briggs Rd., Middleville, MI 49333, as her home address.  Ms. Wood also listed two additional persons, GMW and Silvino Hilario, as household members on the application.  Both GMW and Silvino Hilario were also listed on the application as being in the home.  Silvino Hilario's date of birth on the application was partially redacted, but included 1993 as his year of birth, the same year of birth as HILARIO Reyes.  Silvino Hilario was also identified as not a United States citizen or national on the application.

12.    On or about April 2, 2025, Krystalyn Lei Wood submitted an online renewal application for FAP where she changed her place of employment.  Ms. Wood also listed her additional household members as of April 2, 2025, as Silvino Reyes age

thirty-one and GMW age six.

13.    On or about October 11, 2025, Krystalyn Lei Wood under penalty of perjury signed a MDHHS-1010 (Rev. 10-25) Bridges application where she listed her household address as 1693 N Briggs Rd, Middleville, MI 49333, and the members of her household as follows:

a.    Krystalyn L Wood born in 1995

b.    Her mother

c.    Her Stepfather

d.    Silvino Reyes born in 1993 who was listed as Living Together with her

e.    GMW born in 2018

The application reported that all five of these persons were listed as living in the home.

14.    On or about October 13, 2025, Krystalyn Lei Wood submitted an online renewal application for FAP where she listed the additional members of her household as Silvino Reyes age thirty-two and GMW age seven.

15.    On or about December 4, 2025, a Deportation Officer of ICE/ERO Grand Rapids who had been monitoring Ms. Wood's Facebook account in the name of Krystalyn L Wood, observed that she made the following post on her account, "Inmediatamente hice que mi marido se mudara aqui conmigo.  Lo ultimo que necesito es que lo deporten de nuevo por culpa de gente egoista."  I then used Google to translate the post from Spanish to English.  The post translated as "I immediately had my husband move here with me. The last thing I need is for him to get deported again because of selfish people."

16.     On or about January 12, 2026, I made an online request with the Kent County, Michigan Sheriff's Office for copies of all their booking photographs of HILARIO Reyes.  On or about January 14, 2026, the Kent County Sheriff's Office responded with two photographs of HILARIO Reyes.  The inmate ID number for both photographs was the same, 00345771.  The first photo was dated March 25, 2018, and the second was dated February 27, 2023.  I have reviewed the two photographs and believe that the person depicted in these photographs is the same person.  I then reviewed the photographs of HILARIO Reyes related to his two removals and believe that the person depicted in these photographs is the same person depicted in the two Kent County Sheriff's Office photographs.

17.     On or about January 14, 2026, at approximately 8:00 a.m., an ICE/ERO Grand Rapids Deportation Officer drove by the address at 1693 N Briggs Rd., Middleville, MI 49333, and observed HILARIO Reyes walking a male child to the edge of the driveway where the child was picked up by a school bus.  This same ICE/ERO Grand Rapids Deportation Officer then observed HILARIO Reyes walk back inside the residence at **1693 N Briggs Rd., Middleville, MI 49333**, following the departure of the school bus.

18.     On or about February 12, 2026, at approximately 8:04 a.m., an ICE/ERO Grand Rapids Deportation Officer observed HILARIO Reyes walking a male child to the school bus in front of the residence at 1693 N Briggs Rd., Middleville, MI 49333. Following the departure of the school bus, the same ICE/ERO Grand Rapids Deportation Officer observed HILARIO Reyes walk to the front door of the residence

and go inside the residence.

19.    On or about March 16, 2026, at approximately 8:00 a.m., an ICE/ERO Grand Rapids Deportation Officer observed HILARIO Reyes walking a male child to the school bus in front of the residence at 1693 N Briggs Rd., Middleville, MI 49333. Following the departure of the school bus, the same ICE/ERO Grand Rapids Deportation Officer observed HILARIO Reyes run to the rear side of the residence to where he/she believed was a rear entrance of the residence.

20.    On the morning of March 24, 2026, a federal search warrant and arrest warrant were executed at 1693 N. Briggs Rd., Middleville, MI 49333.  During the execution of the search warrant, Silvino HILARIO Reyes was found inside the residence and arrested pursuant to the federal arrest warrant.

<u>**CONCLUSION**</u>

21.    I submit that this affidavit supports probable cause for a Criminal Complaint and Arrest Warrant to arrest Silvino HILARIO Reyes.